Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALONI GUPTA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES *et al.*, <br><br> Defendants. | No. 2:21-cv-00197-RSM <br><br> STIPULATED MOTION TO DISMISS AND ORDER <br><br> Note on Motion Calendar: <br> March 3, 2021 |

Plaintiff brings this litigation seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-539 application and I-765 application. Dkt. No. 1. On February 25, 2021, Defendant USCIS approved both applications. The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice, with each party to bear their own fees or costs.

//

//

//

STIPULATION MOTION TO DISMISS AND ORDER
2:21-cv-197-RSM
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 3, 2021                        *s/ Ralph Hua*
                                            RALPH HUA, WSBA #42189
                                            Fisher Phillips LLP
                                            1201 3rd Avenue, Suite 2750
                                            Seattle, WA 98101
                                            Phone: 206-247-7014
                                            Email: rhua@fisherphillips.com

                                            *Attorney for Plaintiff*


DATED: March 3, 2021                        *s/ Michelle R. Lambert*
                                            MICHELLE LAMBERT, NYS #4666657
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            1201 Pacific Ave, Suite 700
                                            Tacoma, WA 98402
                                            Phone: (253) 428-3824
                                            Email: michelle.lambert@usdoj.gov

                                            *Attorney for Defendants*

**ORDER**

The case is dismissed with prejudice.  It is so **ORDERED**.

Dated this 4th day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND DEADLINES
2:21-cv-197-RSM
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970